1
2
3
4
5
6                        UNITED STATES DISTRICT COURT

7                            DISTRICT OF NEVADA

8                                   * * *

9  UNITED STATES OF AMERICA,              )
                                          )
10            Plaintiff,                   )
                                          )
11  vs.                                    )        2:11-cr-048-JCM-CWH
                                          )
12  FRANCISCO FLORES-JORGE,                )
                                          )
13            Defendant.                   )        ORDER
                                          )
14 _____)

15         The court granted Michael Ryan Pandullo's oral motion to withdraw as counsel on

16  January 6, 2012, and ordered new counsel appointed (#151).  Therefore;

17         IT IS HEREBY ORDERED that Randall J. Roske, Esq. is appointed as counsel for Francisco

18  Flores-Jorge in place of Michael Ryan Pandullo, Esq. for all future proceedings.

19         IT IS FURTHER ORDERED that Mr. Pandullo shall forward the file to Mr. Roske forthwith.

20         DATED  this  _11th_  day of January, 2012.
21
       Nunc Pro Tunc Date:  January 9, 2012.
22

23                                                _____
                                                  JAMES C. MAHAN
24                                                United States District Judge

25

26

27

28