**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-048-JCM (CWH) |
| ) | |
| DANYA MAYCOTTE, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

This Court found on February 3, 2012, that DANYA MAYCOTTE shall pay a criminal forfeiture money judgment of $44,400.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 841(a)(1) and 846; and Title 21, United States Code, Section 853(a)(1) and (p). Docket #170.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DANYA MAYCOTTE a criminal forfeiture money judgment in the amount of $44,400.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);Title 21, United States Code, Section 841(a)(1) and 846; and Title 21, United States Code, Section 853(a)(1) and (p).

DATED March 23, 2012.

_____
UNITED STATES DISTRICT JUDGE