UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-048-JCM-(CWH) |
| ) | |
| NANCY MAGENO, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

On May 24, 2012, defendant NANCY MAGENO was found guilty by a jury of Count One of the Criminal Indictment charging her in Count One with Conspiracy to Distribute More Than 50 Grams of Methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Jury Verdict, ECF No. 229.

This Court finds that NANCY MAGENO shall pay a criminal forfeiture money judgment of $44,400.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and (p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from NANCY MAGENO a criminal forfeiture money judgment in the amount of $44,400.00 in United States Currency.

DATED June 6, 2012.

_____
UNITED STATES DISTRICT JUDGE