# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:11-CR-048-JCM (CWH) |
| FRANCISCO FLORES-JORGE aka "Paco," | ) ) ) | |
| Defendant. | ) | |

## ORDER OF FORFEITURE

On May 17, 2012, defendant FRANCISCO FLORES-JORGE aka "Paco" pled guilty to Counts One through Five of a Six-Count Criminal Indictment charging him in Count One with Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and in Counts Two through Five with Distribution of a Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1). Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 217.

This Court finds that FRANCISCO FLORES-JORGE aka "Paco" shall pay a criminal forfeiture money judgment of $44,400.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), and Title 21, United States Code, Section 853(a)(1) and (p).

. . .

. . .

. . .

1 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from FRANCISCO FLORES-JORGE aka "Paco" a criminal forfeiture money judgment in the amount of $44,400.00 in United States Currency.

DATED this 13th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE