FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 26 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO FLORES-JORGE, aka PACO ) <br> ) <br> Defendant. ) | 2:11-CR-048-JCM-(CWH) |

## ORDER OF FORFEITURE

This Court found on August 13, 2012, that FRANCISCO FLORES-JORGE, aka PACO shall pay a criminal forfeiture money judgment of $44,400.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Section 853(a)(1) and (p). Order of Forfeiture, ECF No. 269.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from FRANCISCO FLORES-JORGE, aka PACO a criminal forfeiture money judgment in the amount of $44,400.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 21, United States Code, Section 853(a)(1) and (p).

DATED this 26th day of Nov. , 2012.

_____
UNITED STATES DISTRICT JUDGE